FILED' 08 OCT 22 15:53 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

NALLO RIOS,

              **Plaintiff,**

    v.                                   Civil No.: 08-565-TC

MARK NOOTH, et al.

              **Defendants.**

## FINDINGS AND RECOMMENDATION

Plaintiff was ordered on September 12, 2008, to pay the requisite $350 filing fee, or to file an application to proceed in forma pauperis within 30 days of this court's order. To date nothing has been filed.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: October 22, 2008.

_____
United States Magistrate Judge